151 A.3d 984

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EVILE MALBRANCHE, DEFENDANT-PETITIONER.

September 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001026-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 984

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSE HERNANDEZ-TORRES (A/K/A JOSE GIOVANNI HERNANDEZ, JOSE HERNANDEZ, JOSE E. HERNANDEZ, JOSE G. HERNANDEZ, JOSE G. TORRES, JOSE G. TORREZ), DEFENDANT-PETITIONER.

FILED September 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003331-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.